Dennis Rasmussen (SBN 153479)
**THE LAW OFFICES OF DENNIS RASMUSSEN**
RealEstateLawCenter.org
680 E. Colorado Blvd., Suite 180, 2nd Floor
Pasadena, CA  91101
Telephone: (626) 412-4055
Facsimile: (628) 333-7075
DennisRasmussen@realestatelawcenter.org

*Attorneys for Plaintiffs*
*Manuel A. Madrid, Jr. and Virginia J. Madrid*

Kristin L. Walker-Probst (SBN 206389)
David A. Berkley (SBN 260105)
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Kristin.Walker-Probst@wbd-us.com
David.Berkley@wbd-us.com

*Attorneys for Defendants*
*NewRez LLC and Ocwen Loan Servicing LLC,*
*predecessor by merger to PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. MADRID JR. and VIRGINIA J. MADRID<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ LLC; OCWEN LOAN SERVICING LLC; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:22-cv-00010-JAM-DB<br><br>Assigned to: Senior Judge John A. Mendez<br>Referred to:  Magistrate Judge Deborah Barnes<br><br>**STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE**<br><br>Action Filed: November 23, 2021<br>Removal Date: January 3, 2022<br>Trial Date: December 4, 2023 |

1

1  NOW COMES Plaintiffs Manuel A. Madrid Jr. and Virginia J. Madrid (collectively, "Plaintiffs"), and Defendants NewRez LLC ("NewRez") and Ocwen Loan Servicing LLC, predecessor by merger to PHH Mortgage Corporation ("PHH") (collectively, "Defendants"), by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

RESPECTUFLLY SUBMITTED,

DATED:  April 7, 2023            **THE LAW OFFICES OF DENNIS RASMUSSEN**

By:  */s/ Dennis Rasmussen*
Dennis Rasmussen
*Attorneys for Plaintiffs*

DATED:  April 7, 2023            **WOMBLE BOND DICKINSON (US) LLP**

By:  */s/ David A. Berkley*
David A. Berkley
Kristin Walker-Probst
*Attorneys for Defendants*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange. I am over the age of eighteen years and not a party to the within entitled action; my business address is 400 Spectrum Center Drive, Suite 1700, Irvine, California, 92618.

On April 7, 2023, I served a copy of the foregoing document described as **STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** on the interested parties in this action as follows:

Attorneys for Plaintiffs
Manuel A. Madrid Jr. and Virginia J. Madrid

Dennis Rasmussen
The Law Offices of Dennis Rasmussen
RealEstateLawCenter.org
680 E. Colorado Blvd., Suite 180, 2nd Floor
Pasadena, CA  91101
DennisRasmussen@realestatelawcenter.org


XX   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

XX   FEDERAL:  I declare under the penalty of perjury under the laws of the United States District Court that the foregoing is true and correct.


Executed on April 7, 2023, at Irvine, California.

_____
Mary Koo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. MADRID JR. and VIRGINIA J. MADRID<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ LLC; OCWEN LOAN SERVICING LLC; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:22-cv-00010-JAM-DB<br><br>Assigned to: Senior Judge John A. Mendez<br>Referred to: Magistrate Judge Deborah Barnes<br><br>**ORDER RE: STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE**<br><br>Action Filed: November 23, 2021<br>Removal Date: January 3, 2022<br>Trial Date: December 4, 2023 |

The stipulation between Plaintiffs Manuel A. Madrid Jr. and Virginia J. Madrid (collectively, "Plaintiffs") and Defendants NewRez LLC ("NewRez") and Ocwen Loan Servicing LLC, predecessor by merger to PHH Mortgage Corporation ("PHH") (collectively, "Defendants") to dismiss Plaintiffs' claims with prejudice is hereby **APPROVED**. All parties shall bear its own attorneys' fees and costs incurred.

Dated: April 07, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE